**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION    MDL NO. 1431 (MJD/SRN)

**ORDER**

This Document Relates to:

*Elaine Demery, et al. v. Bayer Corp.*    Case No. 05-2577
   *(Plaintiff Ann Price only)*

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Ann Price (Doc. No. 16) is **GRANTED**; and

2. Plaintiff Ann Price's claims are **DISMISSED WITH PREJUDICE**.

Dated: October 3, 2007

                              s / Michael J. Davis
                              MICHAEL J. DAVIS
                              United States District Court Judge